UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:26-cv-00075

**Issac Perez,**
*Plaintiff,*
v.
**Alicia Trevino et al.,**
*Defendants.*

## ORDER

Plaintiff Issac Perez, a prisoner of the Texas Department of Criminal Justice proceeding *pro se*, filed suit pursuant to 42 U.S.C. § 1983 without paying the filing fee. The case was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b).

On July 17, 2026, the magistrate judge issued a report recommending that the court deny the plaintiff leave to proceed as a pauper and that this case be dismissed without prejudice due to the plaintiff's failure to comply with the court's orders to satisfy the filing fee requirement. Doc. 19. A copy of the report was mailed to the plaintiff, who did not file objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation to dismiss for the plaintiff's failure to take the steps necessary to prosecute this action. The plaintiff's unsupported applications to proceed as a pauper (Docs. 12, 18) are denied, and this case is dismissed without prejudice.

*So ordered by the court on August 24, 2026.*

J. CAMPBELL BARKER
United States District Judge